

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-15-00136-CV
_____

GREG NOYOLA, APPELLANT

V.

TITLE ONE, DIGITAL TITLE SERVICES, LLC AND BRADLEY ELDER,
INDIVIDUALLY, APPELLEES

_____

On Appeal from the 237th District Court
Lubbock County, Texas
Trial Court No. 2014-514,028, Honorable Leslie Hatch, Presiding

_____

July 10, 2015

MEMORANDUM OPINION

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Through their attorneys, Greg Noyola, appellant, and Title One, Digital Title Services, LLC and Bradley Elder, appellees, have filed a joint motion to voluntarily dismiss the appeal. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a) and dismiss the appeal. Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam